EDWARD VAN NESS, Respondent, *v.* GENERAL ELECTRIC COMPANY, Appellant.

*Van Ness* v. *General Electric Co.*, 162 App. Div. 229, affirmed.
(Argued March 26, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff was injured while using a crane for the purpose of lifting a heavy piece of machinery. Through an alleged defect the machinery fell upon the plaintiff causing the injuries complained of. The answer, besides the usual denials, alleged plaintiff's contributory negligence, the fault of a fellow-servant, assumption of risk and set out a release alleged to have been executed by the plaintiff.

*Richmond D. Moot* for appellant.

*Edgar T. Brackett* and *William E. Bennett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, HOGAN, POUND and CRANE, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

———

THE CITY OF NEW YORK, Respondent, *v.* BLEECKER STREET AND FULTON FERRY RAILROAD COMPANY et al., Appellants.

*City of New York* v. *Bleecker St. & Fulton Ferry R. R. Co.*, 163 App. Div. 948, affirmed.
(Argued March 29, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered July 10, 1914, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover from the defendants the amount of a judgment it was obliged to pay to the estate of one Hausmann, who was killed by reason of the negligence of the defendants in failing to keep their railroad tracks in good order and repair. The answer put in issue the ownership and control to the tracks in question.

*Henry J. Smith* for appellants.

*Lamar Hardy, Corporation Counsel* (*Terence Farley* and *William E. C. Mayer* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.

---

FRANK C. GOODYEAR, Respondent, *v.* H. J. KOEHLER SPORTING GOODS COMPANY, Appellant.

*Goodyear* v. *Koehler Sporting Goods Co.*, 159 App. Div. 116, affirmed.

(Argued March 29, 1917; decided April 24, 1917.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1913, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff in an action for money had and received. The defense was that the money sued for was paid on account of the purchase price of twenty automobiles pursuant to a written contract between the parties, and that the plaintiff had failed to show performance of the contract upon his part or a legal excuse for his nonperformance.